ALEXANDER HERNAEZ (SBN 201441)
ahernaez@foxrothschild.com
LEE SZOR (SBN 276381)
lszor@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone:   (415) 364-5540
Facsimile:   (415) 391-4436

Attorneys for Defendants
SUTTER HEALTH and GUY RICE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH RENA ARNOLD,<br><br>        Plaintiff,<br><br>    v.<br><br>SUTTER HEALTH, a California corporation; GUY RICE, an individual, and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 2:17-cv-00543-JAM-CKD<br><br>**ORDER GRANTING STIPULATION FOR PLAINTIFF TO DISMISS DEFENDANT SUTTER HEALTH AND FILE SECOND AMENDED COMPLAINT** |

[PROPOSED] ORDER GRANTING STIPULATION FOR PLAINTIFF TO DISMISS DEFENDANT SUTTER HEALTH AND FILE SECOND AMENDED COMPLAINT     CASE NO. 2:17-cv-00543-JAM-CKD

082732\00114\49167793.v1

| | |
|---|---|
| 1 | The Court, having carefully considered the Stipulation for Plaintiff to Dismiss Defendant |
| 2 | Sutter Health and File Second Amended Complaint, hereby orders: The Stipulation is |
| 3 | **GRANTED**. |
| 4 | Defendant Sutter Health is dismissed from this lawsuit without prejudice. |
| 5 | Plaintiff's Second Amended Complaint, attached as Exhibit A to the Stipulation, shall be |
| 6 | entered into the record effective May 22, 2017. |
| 7 | Provided it is filed on or before May 23, 2017 in accordance with Local Rule 230, the |
| 8 | anticipated Motion to Dismiss of new defendant Sutter Medical Center, Sacramento, shall be |
| 9 | heard on June 20, 2017 at 1:30 p.m. Opposition and Reply briefs to be filed in accordance with |
| 10 | Local Rule 230. |
| 11 | **IT IS SO ORDERED.** |

Dated: 5/19/2017                                    /s/ John A. Mendez

                                                    Hon. John A. Mendez
                                                    United States District Court Judge