ABDALLA J. INNABI - Bar No. 172302
AMER INNABI – Bar No. 225413
INNABI LAW GROUP, APC
2500 E. Colorado Blvd., Suite 230
Pasadena, California 91107
Telephone: (626) 395-9555
Facsimile: (626) 395-9444
Attorneys for Plaintiff,
DEBORAH RENA ARNOLD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH RENA ARNOLD,<br><br>Plaintiff,<br><br>v.<br><br>SUTTER VALLEY HOSPITALS dba SUTTER MEDICAL CENTER, SACRAMENTO, a California corporation; GUY RICE, an individual, and DOES 1 through 50,<br><br>Defendants. | Case No.: 2:17-CV-00543-JAM-CKD<br><br>**ORDER RE: DISMISSAL WITH PREJUDICE OF ACTION** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41, IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: November 27, 2017

                                                                               **/s/ JOHN A. MENDEZ**
                                                                               Hon. John A. Mendez
                                                                                UNITED STATES DISTRICT JUDGE